**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MICHELLE SMITH,**

**Plaintiff,**

**v.**

**AMERICAN WATER WORKS,
COMPANY, INC., et al.,**

**Defendants.**                                                       No. 07-cv-0292-DRH

## ORDER

**HERNDON, District Judge**:

Pending before the Court is Defendants' motion for extension of time to respond to Plaintiff's complaint (Doc. 15). Said motion is **GRANTED**. The Court **ALLOWS** Defendants up to and including June 26, 2007 to respond to Plaintiff's complaint.

**IT IS SO ORDERED.**

Signed this 23rd day of May, 2007.

/s/     David  RHerndon
United States District Judge