# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHELLE SMITH,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AMERICAN WATER WORKS** )<br>**COMPANY, INC., et. al.** )<br>)<br>Defendants. ) | Case No. 07-cv-292-DRH-CJP |

## ORDER

Upon the parties Stipulation for Dismissal [34], IT IS HEREBY ORDERED that Plaintiff's Complaint as to Defendants American Water Works Company, Inc., Glenn Milton, Frank Jackson, and Robert McKeage is **DISMISSED with prejudice**. The Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same at the close of the case. The remaining Defendant is American Water Works Service Company, Inc.

Further, Defendant American Water Works Company, Inc.'s Motion to Dismiss or, in the alternative, Motion for Summary Judgment [Doc. 22], Defendants Glenn Milton, Frank Jackson and Robert McKeage Motion to Dismiss [Doc. 20], and Plaintiff's Motion for an Extension of Time [Doc. 30] are all denied as moot.

/s/     David   RHerndon
United States District Judge

Date:  August 13, 2007