IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHELLE SMITH,

**Plaintiff,**

v.

AMERICAN WATER WORKS,
COMPANY, INC., et al.,

**Defendants.** No. 07-cv-0292-DRH

## ORDER

**HERNDON, Chief Judge**:

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 42). The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice** Plaintiff's cause of action. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 4th day of February, 2008.

/s/    David R Herndon
Chief Judge
United States District Court