**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MICHELLE SMITH,**

    **Plaintiff,**

    vs.                                Cause No. 07-CV-292 DRH

**AMERICAN WATER WORKS COMPANY,
INC., AMERICAN WATER WORKS SERVICE
COMPANY, INC., GLEN MILTON, ROBERT
MCKEAGE and FRANK JACKSON,**

    **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

                                            **NORBERT G. JAWORSKI, CLERK**

February 4, 2008                          By:   s/Patricia Brown
                                                                   Deputy Clerk

APPROVED:  /s/    DavidRHerndon
                    **CHIEF JUDGE
                    U.S. DISTRICT COURT**